JUDGE FRANK MONTALVO

FILED JUL -8 PM 6:09

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **VANESSA TARANGO,** § <br> § <br> Defendants. § § § | CRIMINAL NO. EP-20-CR- <br><br> **INDICTMENT** <br><br> **CT 1**: 18 U.S.C. § 875(c) - <br> Communicating a Threat in Interstate <br> Commerce |

# EP20CR1507

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 875(c))

That on or about May 13, 2020, in the Western District of Texas, and elsewhere, the Defendant,

**VANESSA TARANGO,**

knowingly and willfully did transmit a communication in interstate and foreign commerce to P.P, and the communication contained a threat to injure P.P., specifically to shoot P.P., in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney