**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CRIMINAL NO. EP-20-CR-1507-FM** |
| **VANESSA TARANGO,** | § § § | |
| **Defendant.** | § § § | |

**<u>UNITED STATES' MOTION TO DISMISS INDICTMENT</u>**

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Indictment, without prejudice, against Defendant **VANESSA TARANGO**.

Dated: May 12, 2023

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:   __/s/_____
IAN HANNA
Assistant U.S. Attorney

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CRIMINAL NO. EP-20-CR-1507-FM** |
| **VANESSA TARANGO,** | § § § | |
| **Defendant.** | § § | |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on July 8, 2020, regarding Defendant, **VANESSA TARANGO** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2023.

_____
FRANK MONTALVO
SENIOR U.S. DISTRICT JUDGE